UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WENDY SOLEDAD CHIPREZ,<br><br>    Defendant. | NO.  CR-06-2121-RHW-9<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL TO MEXICO** |

Before the Court is Defendant's Motion for Permission to Travel to Mexico (Ct. Rec. 525).  This motion was heard without oral argument.  Defendant moves the Court to permit her to travel to Puerto Vallarta, Mexico, between September 10 and September 25, 2008.  The Government objects to this motion (Ct. Rec. 529).  However, her supervising probation officer, Kevin Crawford, recommends granting her request.  He notes that Defendant has strong ties to the community through her family, her education, and her employment, and that she has complied with all of the conditions of her pretrial supervision.  He does not believe she is a flight risk.  Therefore, the Court grants her motion, also giving her additional time in the event of travel complications.

Accordingly, **IT IS HEREBY ORDERED**:

1.  Defendant's Motion for Permission to Travel to Mexico (Ct. Rec. 525) is **GRANTED**.

2.  Defendant may travel to Mexico between September 9, 2008, and September 26, 2008.

**ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL TO MEXICO \* 1**

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2  Order and to provide copies to counsel and the United States Probation Office.
3  **DATED** the 7th day of August, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\CHIPREZ, 06-2121\9 Wendy Soledad-Chiprez\travel.ord.wpd

**ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL TO MEXICO * 2**